IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG DISPLAY CO., LTD,<br><br>Defendants.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>ULTRAVISION TECHNOLOGIES, LLC,<br><br>Counterclaim Defendant. | Case No. 2:19-cv-00252-JRG-RSP |

## **NOTICE OF APPEARANCE AS COUNSEL**

Notice is hereby given that Hyun-Joong Kim of Ropes & Gray LLP enters his appearance on behalf of Samsung Electronics Co., Ltd. and Samsung Display Co., Ltd.  Hyun-Joong Kim may receive all communications from the Court and from other parties at Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036; Telephone: (212) 596-9000; Facsimile: (212) 596-9090; email: daniel.kim@ropesgray.com.

Dated: Jan. 17, 2020

Respectfully submitted,

By: /s/ Hyun-Joong Kim
Hyun-Joong Kim
Ropes & Gray LLP

1211 Avenue of the Americas
New York, NY 10036
212-596-9000
*Daniel.Kim@ropesgray.com*

*Attorney for Defendant and Counterclaim Plaintiff Samsung Electronics Co., Ltd. and Defendant Samsung Display Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 17, 2020.

/s/ Hyun-Joong Kim
Hyun-Joong Kim