**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, <br> *Plaintiff*, <br> v. <br> SAMSUNG ELECTRONICS CO., LTD, and SAMSUNG DISPLAY CO., LTD., <br> *Defendants*. | § § § § § § § § § § | Case No. 2:19-cv-00252-JRG-RSP <br> LEAD CASE |
| ULTRAVISION TECHNOLOGIES, LLC, <br> *Plaintiff*, <br> v. <br> YAHAM OPTOELECTRONICS CO., LTD., <br> *Defendant*. | § § § § § § § § § | Case No. 2:19-cv-00398-JRG-RSP <br> CONSOLIDATED CASE |

## **ORDER**

Before the Court is the Joint Motion to Consolidate Cases as to Yaham Optoelectronics Co., Ltd. ("Motion"). Dkt. No. 41. This Motion first seeks to de-consolidate the member case, *Ultravision Technologies, LLC v. Yaham Optoelectronics Co., Ltd*. ("*Yaham* case") (Case No. 2:19-cv-00398-JRG-RSP), from its current lead case, *Ultravision Technologies, LLC v. Samsung Electronics Co., Ltd*. ("*Samsung* case") (Case No. 2:19-cv-00252-JRG-RSP). The Motion then seeks to take the deconsolidated *Yaham* case and consolidated that case with *Ultravision Technologies, LLC v. Holophane Europe Ltd*. ("*Holophane* case") (Case No. 2:19-cv-00291-JRG). The Parties assert that the *Yaham* case and the *Holophane* case involve several of the same patents, making it appropriate to consolidate these actions so that the issues may be more efficiently resolved. Dkt. No. 41 at 2.

After consideration, the Court **GRANTS** this Motion. It is therefore **ORDERED** that the *Yaham* case shall be de-consolidated from the *Samsung* case. The Court will address the consolidation of the *Yaham* case and the *Holophane* case in a subsequent Order.

**SIGNED this 10th day of February, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE