# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG DISPLAY CO., LTD.,<br><br>　　　　Defendants. | Civil Action No. 2:19-cv-00252-JRG-RSP<br><br>(LEAD CASE) |

## NOTICE OF COMPLIANCE

Defendants Samsung Electronics Co. Ltd and Samsung Display Co., Ltd. hereby notify the Court that pursuant to the Court's Order [Dkt. 27], they have served their Initial Disclosures upon Plaintiff's counsel of record via electronic mail on February 18, 2020.

Dated: February 18, 2020

Respectfully submitted,

 /s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

Steve Pepe
Alexander Middleton
Hyun-Joong Kim
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Steven.Pepe@ropesgray.com
Alexander.Middleton@ropesgray.com
Daniel.Kim@ropesgray.com

David S. Chun
ROPES & GRAY LLP
1900 University Avenue
East Palo Alto, CA 94303-2284
Tel: 650-617-4000
Fax: 650-617-4090
David.Chun@ropesgray.com

Samuel L. Brenner
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7500
Facsimile: (617) 951-7050
Samuel.Brenner@ropesgray.com

Allen S. Cross
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Allen.Cross@ropesgray.com

*Attorney for Defendants*
*Samsung Electronics Co., Ltd.*
*and Samsung Display Co., Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 18th day of February, 2020.

 */s/ Melissa R. Smith*
 Melissa R. Smith