**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | Case No 2:18-cv-00101-JRG-RSP |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| LEDMAN OPTOELECTRONIC CO., LTD., | |
| Defendant. | |
| ULTRAVISION TECHNOLOGIES, LLC, | Case No. 2:19-cv-00252-JRG-RSP (Lead Case) |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG DISPLAY CO., LTD., | |
| Defendants. | |
| ULTRAVISION TECHNOLOGIES, LLC, | Case No. 2:19-cv-00253-JRG-RSP (Consolidated Case) |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| BARCO NV, | |
| Defendant. | |

**JOINT P.R. 4-3 CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Patent Rule 4-3, plaintiff Ultravision Technologies, LLC ("Ultravision") and

defendants Ledman Optoelectronic Co., Ltd. ("Ledman") in Case No. 2:18-cv-101 ("the *Ledman*

case") and defendants Samsung Electronics Co., Ltd. ("Samsung") and Barco NV ("Barco") in

Lead Case No. 2:19-cv-252 ("the *Samsung/Barco* case") (Ledman, Samsung, and Barco are

collectively referred to as "Defendants") provide this Joint Claim Construction and Prehearing

Statement regarding the asserted claims of U.S. Patent Nos. 9,047,791 to Cox et al.; U.S. Patent

No. 9,642,272 to Hall; U.S. Patent No. 9,666,105 to Cox et al.; U.S. Patent No. 9,916,782 to

Hall; U.S. Patent No. 9,978,294 to Hall; U.S. Patent No. 9,984,603 to Hall; U.S. Patent

No. 9,990,869 to Hall; U.S. Patent No. 10,248,372 to Hall.[1] In accordance with Patent Rule 4-

2(c), the parties met and conferred for the purposes of narrowing the issues and finalizing

preparation of this Joint Claim Construction Chart.

## I.      P.R. 4-3(a)(1) Agreed Constructions

The parties have met and conferred in an attempt to narrow the issues before the Court

and have identified certain terms for which they agree. They are attached as Exhibit A.

## II.     P.R. 4-3(a)(2) Disputed Terms

Ultravision's proposed constructions and identification of intrinsic and extrinsic evidence

is attached hereto as Exhibit B. Defendants' proposed constructions and identification of intrinsic

and extrinsic evidence is attached hereto as Exhibit C. Each party also reserves the right to cite to

intrinsic and/or extrinsic evidence cited by the other party.

---

[1] A Joint P.R. 4-3 Claim Construction and Prehearing Statement was previously provided by
Ultravision and defendants Absen, Inc. and Shenzhen Absen Optoelectronic Co., Ltd.
(collectively, "Absen"), Yaham Optoelectronics Co., Ltd. ("Yaham"), and Prismaflex
International France, S.A. ("Prismaflex") in Lead Case No. 2:18-cv-100 ("the *GoVision* case"),
Dkt. No. 215. One additional patent not-addressed herein has been asserted with respect to
Samsung: U.S. Patent No. 8,870,410. Samsung and Ultravision agree that this patent would most
conveniently be addressed in conjunction with the claim construction proceedings in Ultravision
Technologies, LLC v. Holophane Europe Limited, Case No. 2:19-cv-291 (E.D. Tex.), which
involved the same patent and other patents related to it. Samsung and Ultravision intend to raise
this with the Court via motion following entry of the Court's order on the pending Joint Motion
for Entry of an Opposed Amended Docket Control Order (Dkt. 246) in Ultravision Technologies,
LLC v. GoVision, LLC, Case No. 2:18-cv-100 (E.D. Tex.), which relates to the joinder of the
claim construction proceedings in this case with those of the GoVision case.

III.     **P.R. 4-3(a)(3) Anticipated Length of Time for the Claim Construction Hearing**

**Ultravision's Position**

Ultravision contends that four hours will provide sufficient time to conduct the claim construction hearing. Defendants have identified an unnecessary number of claim terms for construction, which is the reason why there are about 32 groups of disputed terms. Rather than expend the parties' and the Court's time and resources addressing each of these terms, Ultravision proposes that the number of terms that need to be addressed, at least at the claim construction hearing, should be limited. Additionally, while the disputed terms are contained within 9 patents-in-suit, such patents are contained within only 2 patent-families, and the patents within each family have substantially the same disclosure.

**Defendants' Position**

Ledman, Samsung, and Barco expect that 5 hours will be needed to conduct the claim-construction hearing, which will concern about 32 disputed groups of terms across 8 patents (in two families), and will involve 6 groups of defendants (Ledman, Samsung, Barco, Absen, Yaham, Prismaflex). Ultravision disputes the need for more than 4 hours by contending that defendants have identified an excessive number of terms for construction, but four groups of terms per patent is reasonable, particularly given the variations in products across the various defendants, which raise different claim construction issues for different parties.

IV.     **P.R. 4-3(a)(4) Anticipated Witnesses at the Claim Construction Hearing**

At the present time, no party proposes to call witnesses for live testimony at the claim construction hearing.

V.      **P.R. 4-3(a)(5) Other Issues to be Addressed at the Claim Construction Hearing**

The parties are not presently aware of any issues which might be taken up at a prehearing conference prior to the Claim Construction Hearing.

## VI.     P.R. 4-3(b) Service of Expert Testimony

In accordance with Patent Rule 4-3(b), the parties will each serve a disclosure of expert testimony simultaneous with this filing consistent with Fed. R. Civ. P. 26(a)(2)(B)(i)–(ii) or 26(a)(2)(C) for any expert on which it intends to rely to support its proposed claim construction or indefiniteness position or to oppose any other party's proposed claim construction or indefiniteness position.

Dated: May 13, 2020

Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambriankos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@brownrudnick.com
Timothy J. Rousseau
NY Bar No. 4698742
Email: trousseau@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801

Samuel F. Baxter
Texas Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas Bar No. 24012906
jtruelove@mckoolsmith.com
**McKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile:  (903) 923-9099

**ATTORNEYS FOR PLAINTIFF**
**ULTRAVISION TECHNOLOGIES, LLC**

*/s/ Kris Y. Teng (with permission)*
Kris Y. Teng
State Bar No. 24079443
Zhe Wang (*pro hac vice*)
State Bar No. 24084513
Zhiwei Zou (*pro hac vice*)
VA Bar No. 88145
Gang Ye (*pro hac vice*)
VA Bar No. 90212
**BAYES PLLC**
1765 Greensboro Station Place, Suite 900
McLean, Virginia 22102
Telephone: (703) 995-9887
Facsimile:  (703) 821-8128
kris.teng@bayes.law
philip.wang@bayes.law
wayne.zou@bayes.law
gavin.ye@bayes.law

Michael C. Smith
State Bar No. 18650410
**SIEBMAN, BURG, PHILLIPS**
**& SMITH, LLP**
113 E. Austin Street
Marshall, Texas 75671
Telephone: (903) 938-8900
michaelsmith@siebman.com

**ATTORNEYS FOR DEFENDANT**
**LEDMAN OPTOELECTRONIC CO., LTD.**

*/s/ Melissa R. Smith (with permission)*
Melissa R. Smith
**GILLAM & SMITH, LLP**
TX State Bar No. 24001351
303 S. Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

Steve Pepe
Alexander Middleton
Hyun-Joong Kim

5

**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090
steven.pepe@ropesgray.com
alexander.middleton@ropesgray.com
daniel.kim@ropesgray.com

David S. Chun
**ROPES & GRAY LLP**
1900 University Avenue
East Palo Alto, California 94303
Telephone: 650-617-4000
Facsimile:  650-617-4090
david.chun@ropesgray.com

Samuel L. Brenner
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7500
Facsimile:  (617) 951-7050
samuel.brenner@ropesgray.com

Allen S. Cross
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 508-4600
Facsimile:  (202) 508-4650
allen.cross@ropesgray.com

*ATTORNEYS FOR DEFENDANT*
*SAMSUNG ELECTRONICS CO., LTD.*

*/s/ Eric C. Rusnak (with permission)*
Eric C. Rusnak (DC Bar 491254)
Theresa A. Roozen, *pro hac vice*
**PILLSBURY WINTHROP**
 **SHAW PITTMAN LLP**
1200 17th Street, N.W.
Washington, D.C. 20036
Telephone: (202) 663-8000
Facsimile:  (202) 663-8007
eric.rusnak@pillsburylaw.com

theresa.roozen@pillsburylaw.com

Ranjini Acharya, *pro hac vice*
**PILLSBURY WINTHROP**
      **SHAW PITTMAN LLP**
2550 Hanover Street
Palo Alto, California 94304
Telephone: (650) 233-4500
Facsimile:   (650) 233-4545
ranjini.acharya@pillsburylaw.com

***COUNSEL FOR DEFENDANT***
***BARCO NV***

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2020, a true and correct copy of the above and foregoing

document has been served by email on all counsel of record.

/s/  Alfred R. Fabricant
Alfred R. Fabricant