**EXHIBIT B**
**Ultravision's Proposed Constructions**

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|-----------------------------------------------|
| 1 | display panel[s] | '904:  1–4<br>'272:  1, 2, 5, 10, 14<br>'372:  4–5, 8, 10, 12–14, 16 | *this term is limiting where it appears in the preamble of the claims*<br>interchangeable display panel for a multi-panel modular display | '782 Patent:<br>Abstract<br>FIGS 1A–B, 3A–I, 4A–B, 5, 6A–B, 7, 10A–D, 13, 14, 20, 21A–B, 24A, 25A–C, 38A–E, 39 |
|  | modular display panel[s] | '782:  1, 6<br>'294:  1, 2, 7–9, 13, 18–20, 22–23, 26–28, 30 |  | 1:52–2:27, 5:26–31, 5:53–6:20, 6:39–7:2, 8:53–59, 16:56–17:11, 17:43–57, 25:9–48<br>Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection |

[1] U.S. Patent No. 9,047,791 to Cox et al.; U.S. Patent No. 9,207,904 to Hall*; U.S. Patent No. 9,642,272 to Hall; U.S. Patent No. 9,666,105 to Cox et al.; U.S. Patent No. 9,916,782 to Hall; U.S. Patent No. 9,978,294 to Hall; U.S. Patent No. 9,984,603 to Hall; U.S. Patent No. 9,990,869 to Hall; U.S. Patent No. 10,248,372** to Hall.
* asserted in the *GoVision* case only
** asserted in the *GoVision* and *Ledman* cases only
All citations to the intrinsic record related to the Hall Patents are made to the '782 patent for simplicity unless otherwise noted.
All citations to the intrinsic record related to the Cox Patents are made to the '791 patent for simplicity unless otherwise noted.
Ultravision reserves the right to cite to the same disclosures found in the other Asserted Patents.
A citation to a figure includes all corresponding descriptions of that figure, and a citation to a description includes its corresponding figure(s) and any surrounding language.

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|------------------------------------------------|
| | | '603:  1, 8 <br> '869:  1, 10–11, 14, 19 <br> '372:  1, 10 | | with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). <br><br> Webster's Third (2002): <br><br> **modular**: "planned or constructed on the basis of a standard pattern or standard dimensions, capable of being easily joined to or arranged with other parts or units" |
| | LED display panel[s] | '869:  14, 16 | | |
| | panel[s] | '904:  1–6, 9, 14 <br> '782:  3–6, 9–14, 16 <br> '603:  1, 3–8, 12–16 <br> '869:  3, 5, 9–11, 13, 19, 23 | | |
| 2 | wherein the modular display panel is configured to be cooled passively without fans | '294:  22 | *not indefinite* <br><br> *plain and ordinary meaning or, in the alternative* <br><br> wherein the modular display panel is configured to dissipate heat without the use of additional dedicated energy, including fans | '782 Patent: <br><br> FIGS 2C, 40A–B <br><br> 2:15–17, 5:15–18, 7:30–58, 17:30–43, 24:22–31, 24:39–46 <br><br> Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|-----------------------------------------------|
| | wherein the multi-panel display system … is cooled passively and includes no air conditioning, fans, or heating units | '272:  4, 13 | *not indefinite* <br><br> *plain and ordinary meaning or, in the alternative* <br><br> wherein the multi-panel display system … dissipates heat without the use of additional dedicated energy and includes no air conditioning, fans, or heating units | with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| | wherein the modular multi-panel display system is cooled passively and includes no air conditioning, fans, or heating units | '869:  14 | *not indefinite* <br><br> *plain and ordinary meaning or, in the alternative* <br><br> wherein the modular multi-panel display system dissipates heat without the use of additional dedicated energy and includes no air conditioning, fans, or heating units | |
| 3 | wherein the plurality of integrated display panel sub-assemblies are configured to be moved to a second location remote from the first location | '272:  1, 10 | *not indefinite* <br><br> *plain and ordinary meaning* | '272 Patent: <br><br> FIG 23 <br><br> 3:66–67, 4:19–26, 4:52–58, 20:1–13 <br><br> Ultravision may rely on the |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|-----------------------------------------------|
| | | | | expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| 4 | detachably mounting a plurality of display panels to the mechanical support structure so as to assemble a plurality of integrated display panel sub-assemblies | '272:  1, 10 | *plain and ordinary meaning* | '782 Patent:<br><br>FIG 1A–B, 8A–M, 23<br><br>2:1–4, 3:32–37, 11:5–17, 13:4–53, 20:53–30, 20:44–49, 20:54–60 |
| | wherein the display panel is configured to be detachably attached to a support structure | '372:  10 | | |
| 5 | waterproof | '272:  1, 10<br>'782:  1<br>'294:  1, 2, 13, 22<br>'603:  1<br>'869:  1, 14, 19 | *not indefinite*<br><br>preventing water from entering the interior of the panel when exposed to weather | '782 Patent:<br>  Abstract<br>  FIGS 24A, 25A–C<br>  4:61–5:3, 7:15–19, 7:42–58, 23:1–3, 24:22–29<br>  claims 1, 6<br><br>Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. A |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|------------------------------------------------|
| | | | | disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b).<br><br>Webster's Third (2002):<br><br>**waterproof**: "impervious to water as . . . relating to or characterizing a machine or structure so constructed that a stream of water may be directed on it under specified conditions without the water entering" |
| | sealed to be waterproof | '272:  1, 10<br>'782:  1<br>'294:  1–2, 13, 22<br>'603:  1<br>'869:  1, 14, 19 | *not indefinite*<br><br>enclosed so as to be waterproof *(as construed above)* | '782 Patent:<br><br>Abstract<br><br>FIGS 24A, 25A–C<br><br>4:61–5:3, 7:15–19, 7:42–58, 23:1–3, 24:22–29<br><br>claims 1, 6<br><br>Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term.<br><br>Webster's Third (2002): |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|-------------------------------------|-----------------------------------------------|
| | | | | **seal**: <ul><li>"a tight and perfect closure (as against the passage of gas or water),"</li><li>"to keep shut, enclosed, or confined,"</li><li>"to close or fasten by a coating or other fastening that prevents access or leakage"</li></ul> |
| 6 | housing | '272:  1, 5–7, 10, 14–16 | *plain and ordinary meaning or, in the alternative* an [at least] partially protective enclosure containing components of the LED display panel | '782 Patent: Abstract FIGS 2A–B, 3A–I 2:18–27, 6:54–11:2, 22:7–41, 24:6–9, 24:22–38 Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| | shell | '782:  1, 12 | | |
| | casing | '294:  1, 13, 22–23 | | |
| | | '603:  1, 4, 15 | | |
| | | '869:  1, 9–11, 13–14, 19 | | |
| | | '372:  1, 4–5, 8, 10, 12–13, | | |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|------------------------------------------------|
| | | 16 | | Webster's Third (2002) **casing**: "something that encases" **housing**: "something that covers or protects" |
| 7 | plastic housing | '272: 7, 16 | housing constructed primarily of plastic | '782 Patent: 2:18–27, 4:53–5:3, 8:1–3, 22:7–18, 24:6–9, 24:22–31 |
| | plastic casing | '294: 1, 13, 22–23 '869: 19 '372: 4, 12 | casing constructed primarily of plastic | |
| | plastic sidewalls | '869: 1, 14 | sidewalls constructed primarily of plastic | |
| | comprise[s] plastic | '782: 1, 9, 14 '603: 1, 14 | constructed primarily of plastic | |
| 8 | pitch [or fixed distance] does not depend on the height and width | '372: 1, 10 | *not indefinite* *plain and ordinary meaning* | '372 Patent: FIG 1A 1:16–18, 1:33–46, 1:53–2:20, 2:66–3:8, 3:24–26, 3:49–4:11, 4:56–62, 4:56–67, 5:1–12, 10:47–55, 12:36–47, 15:10–16 |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|-------------------------|--------------------------------------|------------------------------------------------|
| | | | | Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| 9 | receiver circuit | '272:  1, 10 | *not indefinite*<br><br>*plain and ordinary meaning* | '782 Patent:<br><br>FIGS 24A–B<br><br>3:38–44, 21:54–64, 22:19–29, 22:42–54, 22:66–67 , 23:4–7, 23:16–41, 23:42–53<br><br>Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| 10 | power supply mounted over the outer surface of the modular display panel | '294:  22 | *not indefinite*<br><br>*plain and ordinary meaning* | '782 Patent:<br><br>Abstract<br><br>FIGS 2A–C, 4A–B, 6B, 24A, |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|--------------------------|--------------------------------------|-----------------------------------------------|
| | | | | 25A–C, 29A–C |
| | | | | 2:19–27, 6:46–53, 7:30–41, 7:53–58, 9:19–30, 9:52–61, 10:29–41, 21:1–17, 22:42–67, 23:65–24:12, 24:31–38, 26:43–61, 27:66–28:20 |
| | | | | Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| 11 | power supply mounted outside the plastic casing | '869:  19 | *plain and ordinary meaning* | '782 Patent: |
| | | | | Abstract |
| | power supply unit mounted outside the casing | '372:  8 | | FIGS 2A–C, 4A–B, 6B, 24A, 25A–C, 29A–C |
| | power converter is mounted outside the casing | '372:  16 | | 2:19–27, 6:46–53, 7:30–41, 7:53–58, 9:19–30, 9:52–61, 10:29–41, 21:1–17, 22:42–67, 23:65–24:12, 24:31–38, 26:43–61, 27:66–28:20 |
| 12 | power supply unit protrudes from the back surface of the casing | '603:  4 | *plain and ordinary meaning* | '782 Patent: |
| | | | | Abstract |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|------------------------------------------------|
| | | | | FIGS 2A–C, 4A–B, 6B, 24A, 25A–C, 29A–C |
| | | | | 2:19–27, 6:46–53, 7:30–41, 7:53–58, 9:19–30, 9:52–61, 10:29–41, 21:1–17, 22:42–67, 23:65–24:12, 24:31–38, 26:43–61, 27:66–28:20 |
| 13 | each [LED] display panel [also] includes … a power supply | '272:  1, 10<br>'869:  14 | *plain and ordinary meaning* | '782 Patent: <br>Abstract<br>FIGS 2A–C, 4A–B, 6B, 24A, 29A–C<br>2:19–27, 6:46–53, 7:30–41, 7:53–58, 9:19–30, 9:52–61, 10:29–41, 21:1–17, 22:42–67, 23:65–24:12, 24:31–38, 26:43–61, 27:66–28:20 |
| 14 | thermally conductive material | '272:  6, 15<br>'782:  1, 3, 9<br>'603:  1, 3, 12, 14<br>'869:  1, 14, 19 | *plain and ordinary meaning* | '782 Patent:<br>FIGS 2C, 24A, 25A–D<br>1:55–2:27, 5:4–11, 7:53–8:3, 22:30–41, 24:6–9, 24:22–38<br>claims 1, 9 |
| | first thermally conductive material | '782:  1, 3, 9 | | '603 Patent:<br>claim 14 |
| | second thermally conductive material | '782:  1, 3 | | |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|-------------------------|--------------------------------------|------------------------------------------------|
| | thermally conductive material … disposed proximate to the power supply | '869:   19 | | Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| | | | | Wiley Electrical and Electronics Engineering Dictionary (Kaplan 2004): |
| | | | | **conduction**: "The transmission of energy through a medium without the medium itself moving as a whole. Electrical, acoustic, or heat energy may be propagated in this manner." |
| | | | | **conductive**: "Pertaining to, or capable of conduction." |
| 15 | heat conducting structure | '603:   1, 3–4, 6 | *plain and ordinary meaning* | '782 Patent: |
| | | | | FIGS 2C, 24A, 25A–D |
| | | | | 1:55–2:27, 5:4–11, 7:53–8:3, 22:30–41, 24:6–9, 24:22–38 |
| | | | | claims 1, 9 |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | '603 Patent: claim 14 Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). Wiley Electrical and Electronics Engineering Dictionary (Kaplan 2004): **conduction**: "The transmission of energy through a medium without the medium itself moving as a whole. Electrical, acoustic, or heat energy may be propagated in this manner." **conductive**: "Pertaining to, or capable of conduction." |
| 16 | attachment points | '782:  12<br>'294:  1, 22<br>'603:  15 | *plain and ordinary meaning or, in the alternative* points for attachment | '782 Patent FIGS 3A–B, 3D–3F, 4A, 5, 6A, 7, 9A–C, 14, 16A–E, |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------|------|------|
| | | '372:  1, 10 | | 21A–B, 25A–B |
| | attachment points for use in attachment as part of a multi-panel modular display | '782:  12<br>'294:  1, 22<br>'603:  15<br>'372:  1, 10 | *plain and ordinary meaning or, in the alternative* points for attachment | 16:63–17:6, 18:4–15, 18–21–44, 21:34–53<br>U.S. Patent Application No. 15/369,304:<br>Jan. 31, 2018 Comments on Statement for Reasons of Allowance |
| | connections for attaching | '869:  13 | *plain and ordinary meaning* | Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. |
| 17 | exposed to [an / the] external environment | '294:  1, 9, 13, 20, 22, 28<br>'869:  1, 14 | *not indefinite*<br>*plain and ordinary meaning* | '782 Patent:<br>2:14–17, 4:53–60, 5:4–31, 5:66–6:4, 6:31–39, 11:5–17, 46–54, 20:50–53 |
| | exposed to an external environment without a protective waterproof enclosure | '294:  1, 13, 22<br>'869:  14 | | Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| 18 | cabinet[s] | '272:  4, 13 | enclosure separate from the | '782 Patent: |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | LED panel[s] to protect the LED panel[s] from the environment, including water | Abstract |
| | | | | FIGS 1A–B, 3A–I, 4A–B, 5, 6A–B, 7, 10A–D, 13, 14, 20, 21A–B, 24A, 25A–C, 38A–E, 39 |
| | | | | 1:52–2:27, 4:53–60, 5:4–31, 5:53–6:20, 6:31–7:2, 8:53–59, 11:5–17, 11:46–54, 16:56–17:11, 17:39–57, 20:50–53 |
| | | | | U.S. Patent Application No. 14/444,719: |
| | | | | Mar. 11, 2015 Non-Final Office Action |
| | | | | May 27, 205 Amendment |
| | | | | Aug. 5, 2015 Notice of Allowance |
| | | | | Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. |
| 19 | substantially rectangular | '372:   1, 10 | *not indefinite*<br>*plain and ordinary meaning* | '372 Patent:<br><br>FIGS 1A–B<br><br>1:53–63, 4:9–31, 5:1–12, 6:14–22, 12:26–47 |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|------------------------------------------------|
| | | | | Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| 20 | A modification kit for converting an existing signage mounting structure to an electronic sign comprising | '791:  1, 12, 21 | *this preamble is not limiting*<br><br>*plain and ordinary meaning* | '791 Patent:<br><br>Abstract<br><br>8:6–28, 10:11–33, 10:65–11:10, 12:52–13:8, 13:9–15, 14:30–45, 14:49–52, 15:5–19, 16:58–17:49, 18:20–37, 19:62–67, 23:25–45, 27:25–38, 74:56–75:8 |
| 21 | existing signage [mounting] structure | '791:  1, 4, 12, 21 | *plain and ordinary meaning* | '791 Patent:<br><br>Abstract<br><br>FIG 19<br><br>1:45–67, 2:57–3:5, 3:25–28, 14:30–45, 16:58–61, 17:1–8, 18:48–52, 23:25–39, 71:1–27, 75:10–28, 76:18–50 |
| 22 | power routing system | '791:  1, 12, 21 | *not governed by § 112(f)* | '791 Patent: |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|-----------------------------------------------|
|   |      |   | *plain and ordinary meaning* | Abstract |
|   |      |   |   | FIG 14, 17, 22, 26, 27, 28, 36, 37, 38, 44 |
|   |      |   |   | 20:47–49, 20:57–61, 21:7–11, 21:14–16, 21:21–23, 21:24–26, 21:30–32, 21:50–52, 21:53–55, 21:56–60, 22:26–28, 24:6–11, 31:28–49, 32:33–33:38, 35:64–36:5, 38:21–36, 38:47–54, 39:45–57, 40:31–45, 43:43–44:35, 44:52–54, 50:6–56:43, 73:12–39 |
| 23 | a mounting structure | '791:  4, 14 | *not governed by § 112(f)* <br> *plain and ordinary meaning* | '791 Patent: <br> Abstract <br> 8:6–28, 10:11–33, 10:65–11:10, 13:9–15, 14:49–52, 15:5–19, 16:58–17:49, 18:20–37, 23:25–39, 74:56–75:8 |
| 24 | weatherized display module | '791:  10, 19, 25 <br> '105:  15, 17 | *plain and ordinary meaning* | '791 Patent: <br> 27:12–17, 29:18–24, 29:54–58, 31:62–32:5, 37:36–39, 43:20–23, 78:43–46, 79:17–38 <br> Ultravision may rely on the |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|------------------------------------------------|
| | | | | expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| 25 | allow most of a rear surface of the rear portion to be exposed for servicing [individual ones of the plurality of display modules] | '791:  12, 21 | *plain and ordinary meaning* | '791 Patent: <br><br> 17:1–8, 17:23–29, 17:50–18:2, 25:13–29 <br><br> U.S. Patent Application No. 15/195,260: <br><br> Oct. 12, 2017 Response to Non-Final Office Action |
| 26 | a plurality of power routing systems each including at least one node associated with each sign section [assembly] with a plurality of individual power extensions each extending from one node to one of the bays | '791:  12, 21 | *not governed by § 112(f)* <br><br> *plain and ordinary meaning* | '791 Patent: <br><br> Abstract <br><br> FIG 14, 17, 22, 26, 27, 28, 36, 37, 38, 44 <br><br> 20:47–49, 20:57–61, 21:7–11, 21:14–16, 21:21–23, 21:24–26, 21:30–32, 21:50–52, 21:53–55, 21:56–60, 22:26–28, 24:6–11, 31:28–49, 32:33–33:38, 35:64–36:5, 38:21–36, 38:47–54, 39:45– |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | 57, 40:31–45, 43:43–44:35, 44:52–54, 50:6–56:43, 73:12–39 |
| 27 | the front portion defines two columns of bays | '791:  13 | *plain and ordinary meaning* | '791 Patent:<br><br>Abstract<br><br>FIGS 4, 5, 6, 7, 23, 37, 38 47A–D<br><br>22:51–59, 24:60–25:12, 28:1–8, 37:15–25, 59:10–48, 61:30–61, 71:61–72:14 |
| 28 | the front portion and the rear portion of said sign section assembly are integral | '791:  23 | *not indefinite*<br>*plain and ordinary meaning* | '791 Patent:<br><br>22:52–56<br><br>U.S. Patent Application No. 14/214,778:<br><br>July 28, 2016 Office Action<br><br>Ultravision may rely on the expert testimony of Mr. Thomas Credelle in connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|-----------------------------------------------|
| 29 | compound structural frame | '791: 4–5, 14–15, 24 | *plain and ordinary meaning* | '791 Patent: <br><br> FIGS 2, 15, 19, 21, 42A–B, 43B <br><br> 1:38–41, 2:9–26, 2:37–41, 2:54–3:5, 4:33–39, 5:46–6:6, 7:15–22, 7:31–38, 8:6–28, 11:11–25, 12:41–51, 19:17–41, 23:35–39, 26:14–16, 27:12–24, 28:38–60, 30:63–31:17, 32:9–13, 34:1–32, 59:47–57, 61:12–16, 71:1–27, 75:10–28, 76:18–50 <br><br> U.S. Patent No. 8,929,083 to Cox *et al.*: <br><br> claims 1, 4 <br><br> U.S. Patent No. 9,230,458 to Cox *et al.*: <br><br> claims 1, 5 <br><br> U.S. Patent No. 9,761,157 to Cox *et al.*: <br><br> claims 2, 6, 16, 18 <br><br> U.S. Patent No. 9,852,666 to Ward *et al.*: <br><br> claims 1, 9 <br><br> U.S. Patent Application |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|-----------------------------------------------|
| | | | | No. 13/844,832: |
| | | | | Oct. 2, 2015 Non-Final Office Action |
| | | | | Dec. 3, 2015 Amendment After Non-Final Office Action |
| | | | | Feb. 18, 2016 Notice of Allowance |
| | | | | U.S. Patent Application No. 14/044,620: |
| | | | | Aug. 6, 2014 Non-Final Office Action |
| | | | | Sept. 13, 2014 Amendment and Response to Non-Final Official Action |
| | | | | Oct. 27, 2014 Notice of Allowance |
| | | | | U.S. Patent Application No. 14/056,017: |
| | | | | Dec. 19, 2013 Non-Final Office Action |
| | | | | Feb. 10, 2014 Amendment After Non-Final Rejection |
| | | | | May 22, 2014 Notice of Allowance |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | U.S. Patent Application No. 14/075,308: |
| | | | | Feb. 24, 2014 Ex-Parte Quayle Office Action |
| | | | | Mar. 22, 2014 An ExParte Quayle Amendment |
| | | | | June 6, 2014 Notice of Allowance |
| | | | | U.S. Patent Application No. 14/242,654: |
| | | | | Feb. 18, 2015 Notice of Allowance |
| | | | | U.S. Patent Application No. 14/574,342: |
| | | | | June 23, 2015 Non-Final Office Action |
| | | | | Aug. 10, 2015 Amendment in Response to First Non Final Office Action |
| | | | | Oct. 23, 2015 Notice of Allowance |
| | | | | U.S. Patent Application No. 15/131,002: |
| | | | | May 16, 2017 Non-Final Office Action |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|------------------------------------------------|
| | | | | Aug. 15, 2017 Amendment After Non-Final Office Action<br><br>Sept. 8, 2017 Notice of Allowance<br><br>U.S. Patent Application No. 15/195,948:<br><br>Nov. 11, 2016 Notice of Allowance<br><br>U.S. Patent Application No. 15/297,544:<br><br>Apr. 19, 2017 Non-Final Office Action<br><br>May 12, 2017 Amendment After Non-Final Office Action<br><br>June 8, 2017 Notice of Allowance<br><br>Webster's Third (2002):<br><br>**compound**: "Something (as a substance, idea, creation) that is formed by a union of elements, ingredients, or parts" |
| 30 | anchored | '105:  15 | *plain and ordinary meaning* | '791 Patent: |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|-----------------------------------------------|
| | | | | 10:11–15, 10:65–11:25, 11:42–65, 12:8–15, 45:41–51, 48:67–50:5, 70:7–10 |
| 31 | power introduction node | '105:  15 | *not governed by § 112(f)*<br>*plain and ordinary meaning* | '791 Patent:<br>Abstract<br>FIG 14, 17, 22, 26, 27, 28, 36, 37, 38, 44<br>20:47–49, 20:57–61, 21:7–11, 21:14–16, 21:21–23, 21:24–26, 21:30–32, 21:50–52, 21:53–55, 21:56–60, 22:26–28, 24:6–11, 31:28–49, 32:33–33:38, 35:64–36:5, 38:21–36, 38:47–54, 39:45–57, 40:31–45, 43:43–44:35, 44:52–54, 50:6–56:43, 73:12–39 |
| 32 | structural bay locator node | '105:  15 | *not governed by § 112(f)*<br>*plain and ordinary meaning* | '791 Patent:<br>Abstract<br>FIG 14, 17, 22, 26, 27, 28, 36, 37, 38, 44<br>20:47–49, 20:57–61, 21:7–11, 21:14–16, 21:21–23, 21:24–26, 21:30–32, 21:50–52, 21:53–55, 21:56–60, 22:26–28, 24:6–11, 31:28– |

| # | Term | Patent(s)[1] & Claim(s) | Ultravision's Proposed Constructions | Ultravision's Intrinsic and Extrinsic Evidence |
|---|------|------------------------|--------------------------------------|------------------------------------------------|
| | | | | 49, 32:33–33:38, 35:64–36:5, 38:21–36, 38:47–54, 39:45–57, 40:31–45, 43:43–44:35, 44:52–54, 50:6–56:43, 73:12–39 |