# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § § | Case No. 2:19-cv-00252-JRG (LEAD CASE) |
| Plaintiff, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG DISPLAY CO., LTD., | § § § § | |
| BARCO NV, | § § § | Case No. 2:19-cv-00253-JRG (CONSOLIDATED CASE) |
| | § § § | **JURY TRIAL DEMANDED** |

## PLAINTIFF ULTRAVISION TECHNOLOGIES, LLC'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY AND TO TERMINATE ELECTRONIC NOTICES

On behalf of Plaintiff Ultravision Technologies, LLC ("Ultravision"), the undersigned files this Unopposed Motion to Withdraw Attorney and respectfully requests that Lawrence Chester Drucker be permitted to withdraw herein as attorney of record for Ultravision in the above-captioned matter. As of June 8, 2020, Mr. Drucker is no longer with the firm Brown Rudnick LLP and no longer represents Ultravision in this matter. The law firms of Brown Rudnick LLP and McKool Smith, P.C. will continue to represent Ultravision.

Defendants Samsung Electronics Co., Ltd., and Barco NV do not oppose the relief requested.

WHEREFORE, Ultravision respectfully requests that the Court withdraw Lawrence Chester Drucker as attorney of record from the docket in this case and terminate all electronic notifications to him.

Dated: June 12, 2020

**BROWN RUDNICK LLP**

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambriankos@brownrudnick.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@brownrudnick.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@brownrudnick.com
Timothy J. Rousseau
NY Bar No. 4698742
Email: trousseau@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

Samuel F. Baxter
Texas Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile:  (903) 923-9099

***ATTORNEYS FOR PLAINTIFF***
***ULTRAVISION TECHNOLOGIES, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on June 12, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant