# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ULTRAVISION TECHNOLOGIES, LLC,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **SAMSUNG ELECTRONICS CO., LTD.** § <br> **and SAMSUNG DISPLAY CO., LTD.,** § | Case No. 2:19-cv-00252-JRG <br> **(LEAD CASE)** <br> <br> **JURY TRIAL DEMANDED** |
| **BARCO NV,** § <br> § <br> § <br> § | Case No. 2:19-cv-00253-JRG <br> **(CONSOLIDATED CASE)** <br> <br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ATTORNEY AND TO TERMINATE ELECTRONIC NOTICES

Before the Court is Plaintiff Ultravision Technologies, LLC's Unopposed Motion to Withdraw Attorney Lawrence Chester Drucker as counsel for Plaintiff Ultravision Technologies, LLC and to Terminate Electronic Notices (the "Motion").  Having considered the Motion and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is GRANTED.

It is therefore ORDERED that Lawrence Chester Drucker is hereby WITHDRAWN as counsel of record for Plaintiff Ultravision Technologies, LLC and TERMINATED from CM/ECF notifications in connection with the above-captioned matter.